UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LG-SOLUTIONS UNLIMITED, LLC, ) | |
| Plaintiff, ) | |
| ) | No. 1:25-cv-209 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| MICHIGAN DEPARTMENT OF TECHNOLOGY, ) | |
| MANAGEMENT AND BUDGET and ) | |
| MICHIGAN STATE POLICE, ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

The Court has dismissed all pending claims and **JUDGMENT ENTERS.**

**THIS ACTION IS TERMIANTED.**

**IT IS SO ORDERED.**

Date: May 30, 2025                                    /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge